792 A.2d 406

IN THE MATTER OF DONNA J. VELLEKAMP, AN ATTORNEY
AT LAW (ATTORNEY NO. 021561984).

March 20, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–042, concluding that **DONNA J. VELLEK-AMP** of **CLOSTER**, who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DONNA J. VELLEKAMP** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.